**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            CASE NO.:     3:10mc00063-MCR-EMT

JEFFREY DICKSTEIN,

    Defendant.

---

**MOTION TO CONTINUE TRIAL**

      Defendant, Jeffrey A. Dickstein, through counsel, moves the Court for an order continuing the trial in this matter now set to commence on September 29, 2010, and in support thereof makes the following showing:

1. Dickstein was served on September 2, 2010, with a copy of Doc. 1, Notice and Order of Criminal Contempt Proceedings.

2. On September 3, 2010, Dickstein filed a Notice of Appearance (Doc. 4), and a Motion for Court Appointed Attorney (Doc. 5).

3. On September 8, 2010, the Court granted Dickstein's Motion for Court Appointed Attorney (Doc. 6).

4. On September 9, 2010, Dickstein began communication with Albert Francis Oram, Jr., (hereinafter "Oram") who on September 10, 2010, filed a Notice of Appearance (Doc. 7).

5. Between September 9, 2010, and September 12, 2010, Dickstein had several telephone conversations with Oram, exchanged numerous e-mails.

6. On September 13, 2010, at 9:36 a.m., Dickstein learned that the Public Defenders Office had removed Oram from the case.  Shortly thereafter, Oram filed a Motion to Withdraw

as Attorney based on his removal by the Public Defenders Office. (Doc. 9).

7. As a result of the foregoing, Dickstein has lost just less than half of the time to consult with legal counsel to prepare for the trial.

8. Matters to be discussed with counsel include what, if any, pre-trail motions to file; what, if any, transcripts to order; what, if any, potential witnesses to contact, interview, and subpoena.

9. The Defendant, through counsel, has requested a transcription of the hearing described in paragraph 10 of the Notice and Order of Contempt Proceedings. A transcription of that hearing is necessary in order for the preparation of an appropriate defense.

WHEREFORE, in consideration of the above, the Defendant moves for a continuance of the currently scheduled hearing date of September 29, 2010, no sooner than twenty-one days from receipt of the transcribed hearing of June 3, 2010.

       */s/ Joseph L. Hammons*
JOSEPH L. HAMMONS
FBN:  218979
The Hammons Law Firm, P.A.
17 W. Cervantes Street
Pensacola, FL 32501
(850) 434-1068
Attorney for Defendant

\*   \*   \*

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing has been furnished to Stephen M. Kunz, U.S. Attorney's Office, 111 North Adams Street, 4th Floor, Tallahassee, FL  32301, by electronic filing,

on  18th   September, 2010.

                                        */s/ Joseph L. Hammons*
                                        JOSEPH L. HAMMONS
                                        FBN:  218979
                                        The Hammons Law Firm, P.A.
                                        17 W. Cervantes Street
                                        Pensacola, FL 32501
                                        (850) 434-1068
                                        Attorney for  Defendant