**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**In re:  JEFFREY DICKSTEIN**

**Misc. Case No.: 3:10mc63/MCR/EMT**

_____/

**O R D E R**

Counsel for Jeffrey Dickstein has filed a Request and Authorization for Transcript of the June 3, 2010, hearing conducted in the matter of *USA v. Hirmer, et al.*, Case No. 3:08cr79/MCR.  The court notes the June 3, 2010, hearing was an *ex parte* proceeding and the transcript is therefore filed under seal.  In consideration of the relative nature of that hearing to this matter, counsel for Mr. Dickstein, as well as prosecuting counsel, shall be permitted to obtain a copy of this sealed transcript and are each charged with the confidentiality of same.

**DONE AND ORDERED** this 17th day of September, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**