**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATE OF AMERICA

    VS                                                         CASE NO.  3:10mc63/MCR/EMT

JEFFREY DICKSTEIN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on    September 20, 2010
Motion/Pleadings: MOTION TO CONTINUE TRIAL
Filed by Defendant            on 9/18/10       Doc.# 18
RESPONSES:
                                on            Doc.#
                                on            Doc.#
____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

SHEILA HURST-RAYBORN
ACTING CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of September, 2010, that:*

*The relief requested is GRANTED. The contempt proceeding now scheduled for September 29, 2010, is hereby continued to Friday, October 29, 2010, commencing at 9:00 AM.*

                                                    *s/ M. Casey Rodgers*
                                                    *M. Casey Rodgers*
                                              *United States District Judge*